# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD LEVAUGH BLOCK, JR., <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC, and CAPITAL ONE N.A., <br><br> Defendants. | CASE NO. 1:24-cv-02033-TWT-LTW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC,

COMES NOW Plaintiff, DONALD LEVAUGH BLOCK, JR., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"). Defendant, Equifax, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 28th day of August, 2024.

/s/ Octavio Gomez
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC

                                                501 E. Kennedy Blvd, Suite 610
                                                Tampa, FL 33602
                                                Cell: (813) 299-8537
                                                Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 28th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                              **/s/ Octavio Gomez**
                                              Octavio "Tav" Gomez
                                              Georgia Bar No.: 617963
                                              The Consumer Lawyers
                                              *Attorney for Plaintiff*