# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD LEVAUGH BLOCK, JR., <br><br> Plaintiff, <br><br> -vs- <br><br> EQUIFAX INFORMATION SERVICES LLC and CAPITAL ONE, N.A., <br><br> Defendants. | CASE NO. 1:24-cv-02033-TWT-LTW |

**NOTICE OF SETTLEMENT AS TO DEFENDANT, CAPITAL ONE, N.A.,**

COMES NOW Plaintiff, DONALD LEVAUGH BLOCK, JR., by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, CAPITAL ONE, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 5th day of September 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

1

                                            Tampa, FL 33602
                                            Cell: (813) 299-8537
                                            Facsimile: (844) 951-3933
                                            Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 5th day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                                          **/s/ Octavio Gomez**
                                          Octavio "Tav" Gomez
                                          Georgia Bar No.: 617963
                                          The Consumer Lawyers
                                          *Attorney for Plaintiff*