# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD LEVAUGH BLOCK, JR.,<br><br>Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC and KOHL'S INC.,<br><br>Defendants. | CASE NO. 1:24-cv-02033-TWT-LTW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO KOHL'S, INC.

COMES NOW Plaintiff, DONALD LEVAUGH BLOCK, JR., and Defendant, KOHL'S INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, KOHL'S INC., in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 24th day of October 2024.

| | |
|---|---|
| **/s/ Octavio Gomez**<br>Octavio "Tav" Gomez<br>Florida Bar No.: 0338620<br>Georgia Bar No.: 617963<br>Pennsylvania No.: 325066<br>The Consumer Lawyers PLLC<br>501 E. Kennedy Blvd, Suite 610<br>Tampa, FL 33602<br>Cell: (813) 299-8537<br>Tav@theconsumerlawyers.com<br>*Attorney for Plaintiff* | **/s/ Jennifer E. Ziemann**<br>Jennifer E. Ziemann<br>Georgia Bar No.: 264280<br>BURR & FORMAN LLP<br>1075 Peachtree Street NE, Suite 3000<br>Atlanta, Georgia 30309<br>Tel.: (404) 815-3000<br>jziemann@burr.com<br>*Attorney for Defendant Kohl's, Inc.* |